# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JORGE RAMON GUADALUPE RIVERA LOPEZ,

    Petitioner,

v.

JANET NIERI VILLAREAL,

    Respondent.

Case No. 2:11-cv-02001-LDG (PAL)

**ORDER**

       The petitioner, Jorge Ramon Guadalupe Rivera Lopez, has filed a verified petition pursuant to the Convention on the Civil Aspects of International Child Abduction (the Hague Convention) and the International Child Abduction Remedies Act (ICARA), 42 U.S.C. 11601 *et seq.* (#1). The petitioner alleges that he and the respondent, Janet Nieri Villareal, married in Mexico in April 2003, and that a son was born to the couple in November 2003. The petitioner and the respondent divorced, in Mexico, in August 2009. Through December 2009, their son habitually resided in Mexico.

       In December 2009, when their son was six years of age, the respondent informed the petitioner that she was leaving Mexico to travel to the United States to visit her sister. She agreed to return to Mexico with their son by January 15, 2010. In a subsequent phone

call occurring after January 15, 2010, the respondent informed the petitioner that she and their son would not be returning to Mexico.

The petitioner alleges that under the Mexican Civil Code, he retained the right to determine their son's place of residence. He concludes that the respondent has wrongfully retained their son in the United States since January 2010.

The petitioner asks the court to command petitioner to appear before the court to show cause and that the court enter an order directing that the son be brought into this court.

The petitioner has not yet filed proof of service that his petition has been served on the respondent.

At this time, the court will require that the petitioner serve the respondent with the documents in this action, and will provide the respondent with an opportunity to file a responsive brief.

THE COURT **ORDERS** that petitioner shall serve the petition and all other documents filed in this action, including a copy of this Order, upon the respondent within fifteen days from the date of the filing of this Order.

THE COURT FURTHER **ORDERS** that respondent shall have twenty days after the date of petitioner's service of the documents upon her to file a response to the petition.

DATED this 19 day of December, 2011.

_____
Lloyd D. George
United States District Judge

2