David Olshan, Esq.
Nevada Bar #4126
Nevada Legal Services
530 S. 6th Street
Las Vegas, Nevada 89101
(702) 386-0404, ext. 516/fax (702) 388-1641
dolshan@nlslaw.net
Attorney for Petitioner

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JORGE RAMON GUADALUPE, RIVERA LOPEZ<br><br>Petitioner,<br><br>vs.<br><br>JANET NIERI VILLAREAL, aka JANET PATCHETT,<br><br>Respondent. | Case No.: 2:11-cv-02001-LDG-PAL<br><br>Date of Hearing: 2/27/12<br>Time of Hearing: 8 a.m. |

### STIPULATION AND ORDER DISMISSING PETITION

The Petitioner, JORGE RAMON GUADALUPE RIVERA LOPEZ (Jorge), and the Respondent, JANET NIERI VILLAREAL, aka JANET PATCHETT (Janet), through counsel hereby stipulate and agree as follows:

Janet agrees to allow Jorge reasonable visitation of their mutual son, identified by his initials, M.A.R.V., subject to the terms below.

Janet will provide Jorge with reasonable telephone and/or computer visits each week without unreasonably interfering with M.A.R.V.'s right to privacy during such telephone or computer conversations with Jorge. These visits will begin March 1, 2012.

1    Janet will provide Jorge with monthly, weekend visitation with M.A.R.V.
2    in Las Vegas, Nevada. These visits will be supervised for the first 6 visits and
3    begin March 1, 2012.
4    Once each year, beginning in the summer of 2012, Janet or assignee and
5    M.A.R.V. will meet with Jorge in Phoenix, Arizona, for extended weekend
6    visits, supervised for the first year. These visits will begin on a Thursday night,
7    after 6 p.m., and end on Sunday at noon, and will continue each summer until
8    M.A.R.V. reaches sixteen years of age. Each party is responsible for the travel
9    costs to and from Phoenix.
10   If Janet or M.A.R.V. change addresses, Janet agrees to provide Jorge
11   with the address and telephone number where M.A.R.V. resides, and to notify
12   Jorge within 7 days prior to any change of address and provide the telephone
13   number as soon as it is assigned.
14   Jorge will provide at least one week notice for each monthly, in person
15   visit in Las Vegas, Nevada, and one month notice for each yearly, in person
16   visit in Phoenix, Arizona.
17   Jorge voluntarily dismiss his Petition for Return of Child.
18   Dated this 17th day of February, 2012.    Dated this 21st day of February, 2012.

Respectfully submitted,                          Approved as to form and content.

NEVADA LEGAL SERVICES, INC.                      PIROOZI LAW GROUP, PLLC.

_____                        _____
David Olshan, Esq.                               Arezou H. Piroozi, Esq.
Nevada State Bar No. 4126                        Nevada Bar No. 10187
530 S. 6th Street                                521 S. 6th Street
Las Vegas, Nevada 89101                          Las Vegas, Nevada 89101
(702)386-0404, ext. 516                          (702) 260-1010
dolshan@nlslaw.net                               Fax: (702) 364-2010
Attorney for Petitioner                          Attorney for Respondent

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: 21 Feb. 2012

*[signature]*

UNITED STATES MAGISTRATE JUDGE

DATED: _____