1  David Olshan, Esq.
   Nevada Bar #4126
2  Nevada Legal Services
   530 S. 6ᵗʰ Street
3  Las Vegas, Nevada 89101
   (702) 386-0404, ext. 516/fax (702) 388-1641
4  dolshan@nlslaw.net
   Attorney for Petitioner

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11 JORGE RAMON GUADALUPE,          )
   RIVERA LOPEZ                    )  Case No.: 2:11-cv-02001-LDG-PAL
12                                 )
                 Petitioner,       )
13                                 )  Date of Hearing: 2/27/12
   vs.                             )  Time of Hearing: 8 a.m.
14                                 )
   JANET NIERI VILLAREAL, aka      )
15 JANET PATCHETT,                 )
                                   )
16               Respondent.       )
                                   )
17 _____)

18        **STIPULATION AND ORDER DISMISSING PETITION**

19        The Petitioner, JORGE RAMON GUADALUPE RIVERA LOPEZ

20 (Jorge), and the Respondent, JANET NIERI VILLAREAL, aka JANET

21 PATCHETT (Janet), through counsel hereby stipulate and agree as follows:

22        Janet agrees to allow Jorge reasonable visitation of their mutual son,

23 identified by his initials, M.A.R.V.,  subject to the terms below.

24        Janet will provide Jorge with reasonable telephone and/or computer visits

25 each week without unreasonably interfering with M.A.R.V.'s right to privacy

26 during such telephone or computer conversations with Jorge.  These visits will

27 begin March 1, 2012.

28

1    Janet will provide Jorge with monthly, weekend visitation with M.A.R.V.

2 in Las Vegas, Nevada. These visits will be supervised for the first 6 visits and

3 begin March 1, 2012.

4    Once each year, beginning in the summer of 2012, Janet or assignee and

5 M.A.R.V. will meet with Jorge in Phoenix, Arizona, for extended weekend

6 visits, supervised for the first year. These visits will begin on a Thursday night,

7 after 6 p.m., and end on Sunday at noon, and will continue each summer until

8 M.A.R.V. reaches sixteen years of age. Each party is responsible for the travel

9 costs to and from Phoenix.

10    If Janet or M.A.R.V. change addresses, Janet agrees to provide Jorge

11 with the address and telephone number where M.A.R.V. resides, and to notify

12 Jorge within 7 days prior to any change of address and provide the telephone

13 number as soon as it is assigned.

14    Jorge will provide at least one week notice for each monthly, in person

15 visit in Las Vegas, Nevada, and one month notice for each yearly, in person

16 visit in Phoenix, Arizona.

17    Jorge voluntarily dismiss his Petition for Return of Child.

18 Dated this 17th day of February, 2012.  Dated this 21st day of February, 2012.

19

20 Respectfully submitted,                    Approved as to form and content.

21

22 NEVADA LEGAL SERVICES, INC.    PIROOZI LAW GROUP, PLLC.

23

24 David Olshan, Esq.                         Arezou H. Piroozi, Esq.
   Nevada State Bar No. 4126               Nevada Bar No. 10187

25 530 S. 6th Street                          521 S. 6th Street
   Las Vegas, Nevada 89101                 Las Vegas, Nevada 89101

26 (702)386-0404, ext. 516                   (702) 260-1010
   dolshan@nlslaw.net                       Fax: (702) 364-2010

27 Attorney for Petitioner                   Attorney for Respondent

28

                                2

1

**IT IS SO ORDERED:**

2

3

UNITED STATES DISTRICT JUDGE

4

DATED: 21 Feb. 2012

5

6

UNITED STATES MAGISTRATE JUDGE

7

DATED:

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28